UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Rhino Foods, Inc.,

    Plaintiff,

v.                                   Civil Action No. 2:21-cv-34

International Molasses Corporation, Ltd,
Malt Products Corporation,

    Defendants.

## **ORDER**

On or before April 5, 2021, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 25th day of March 2021.

                                            /s/ Kevin J. Doyle
                                            Kevin J. Doyle
                                            United States Magistrate Judge