UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Rhino Foods, Inc.

    Plaintiff

v.                                    Civil Action No. 2:21-cv-34

International Molasses Corporation, Ltd;
Malt Products Corporation

    Defendants

## **ORDER**

On or before May 10, 2021, Defendants shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 29th day of April 2021.

                                                    /s/ Kevin J. Doyle
                                                    United States Magistrate Judge